DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**WAYNE A. BISSO,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-2733

[November 29, 2018]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Gary L. Sweet, Judge; L.T. Case No. 562005CF001314B.

Wayne A. Bisso, South Bay, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., Damoorgian and CIKLIN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***